UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>    Plaintiff, )<br>)<br>)    CASE NO. **07-62M-MPT**<br>vs. )<br>)<br>**EDWARD ROE** )<br>)<br>    Defendant. ) | |

**O R D E R**

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **4ᵀᴴ** day of **APRIL**, 2007,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                       _____
                                       Honorable Gregory M. Sleet
                                       U.S. District Judge

cc: Federal Public Defender
      First Federal Plaza, Suite# 110
      704 King Street
      Wilmington, DE  19801
      (302) 573-6010

      Defendant
      United States Attorney



FILED
APR - 4 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE