IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 07-62M - MPT |
| | ) | |
| EDWARD ROE, | ) | |
| | ) | |
| Defendant. | ) | |

## <u>MOTION AND ORDER TO UNSEAL</u>

**NOW COMES** the United States of America, by and through its undersigned counsel, and hereby moves this Honorable Court to unseal the file, substituting the original Affidavit for Criminal Complaint, which original affidavit is to remain sealed, with the enclosed redacted copy of the affidavit from which is redacted privacy policy information.

COLM F. CONNOLLY
United States Attorney

By

Edmond Falgowski
Assistant United States Attorney

Dated: 4-12-07

**IT IS SO ORDERED** this _12_ day of _April_____, 2007.

HONORABLE MARY PAT THYNGE
United States Magistrate Judge

F I L E D

APR 1 2 2007

U.S. DISTRICT COURT
DISTRICT OF DELAWARE