IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07- 65 |
| | ) | |
| WILLIAM EDWARD ROE, | ) | |
| | ) | REDACTED |
| Defendant. | ) | |

### INDICTMENT

The Grand Jury for the District of Delaware charges that:

### Counts 1 -7

From on or about August 21, 2005, through on or about March 17, 2007, in the District of Delaware, William Edward Roe, the defendant, knowingly received and attempted to receive child pornography, that is, computer generated visual depictions in the form of computer files which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce by computer, the dates being described more particularly, as follows:

| *Count* | *Date Received* |
|---|---|
| 1 | August 21, 2005 |
| 2 | August 22, 2005 |
| 3 | December 21, 2006 |
| 4 | December 25, 2006 |
| 5 | January 15, 2007 |
| 6 | January 16, 2007 |
| 7 | March 17, 2007 |



FILED
MAY 10 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

in violation of Title 18, United States Code, Section 2252A(a)(2) and (b)(1).

From on or about September 20, 2005, through on or about December 20, 2006, in the District of Delaware, William Edward Roe, the defendant, knowingly transported and attempted to transport by computer in interstate and foreign commerce child pornography, that is, computer generated visual depictions in the form of computer files which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, the dates being described more particularly, as follows:

| Count | Date Transported |
|-------|------------------|
| 8     | September 20, 2005 |
| 9     | December 7, 2006 |
| 10    | December 10, 2006 |

in violation of Title 18, United States Code, Section 2252A(a)(1) and (b)(1).

### Count 11

On or about March 27, 2007, in the District of Delaware, William Edward Roe, the defendant, knowingly possessed a computer hard drive that contained images of child pornography, that is, visual depictions which are of minors engaged in sexually explicit conduct, specifically, actual and simulated sexual intercourse and the lascivious exhibition of the genitals and pubic area, which child pornography had been transported in interstate and foreign commerce and which had been produced using materials which had been transported in interstate commerce, in violation of Title 18, United States Code, Section 2252A(a)(5)(B) and (b)(2).

### Counts 12 - 18

From on or about August 21, 2005, through on or about March 17, 2007, in the District of Delaware, William Edward Roe, the defendant, knowingly received and attempted to receive visual

depictions, that is, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse, and that lack serious literary, artistic, political, or scientific value, which images had been transported in interstate and foreign commerce by computer, and which images had been produced using materials that had been shipped and transported in interstate or foreign commerce, the dates being described more particularly, as follows:

| Count | Date Received |
|---|---|
| 12 | August 21, 2005 |
| 13 | August 22, 2005 |
| 14 | December 21, 2006 |
| 15 | December 25, 2006 |
| 16 | January 15, 2007 |
| 17 | January 16, 2007 |
| 18 | March 17, 2007 |

in violation of Title 18, United States Code, Sections 1466A(a)(2)(A) and (B), and 2252A(b)(1).

### Counts 19 - 21

From on or about September 20, 2005, through on or about December 10, 2006, in the District of Delaware, William Edward Roe, the defendant, knowingly distributed and attempted to distribute in interstate and foreign commerce visual depictions, that is, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse, and that lack serious literary, artistic, political, or scientific value, the dates being described more particularly, as follows:

| Count | Date Distributed |
|---|---|
| 19 | September 20, 2005 |
| 20 | December 7, 2006 |
| 21 | December 10, 2006 |

in violation of Title 18, United States Code, Sections 1466A(a)(2)(A) and (B), and 2252A(b)(1).

knowingly possessed visual depictions, that is, computer files, that depict computer images that are or appear to be of minors engaging in graphic sexual intercourse, and that lack serious literary, artistic, political, or scientific value, which images had been transported in interstate and foreign commerce by computer, and which images had been produced using materials that had been shipped and transported in interstate or foreign commerce, in violation of Title 18, United States Code, Sections 1466A(b)(2)(A) and (B), and 2252A(b)(2).

A TRUE BILL:

_____
Foreman

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: 5-10-07

4