IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>PLAINTIFF,<br><br>v.<br><br>EDWARD ROE,<br>DEFENDANT. | cr. 07-65 GMS<br># 07-053-MPT |

To   Edmond Falgowski,
     Office of the United States Attorney
     PO Box 2046
     Wilmington, DE 19899

### NOTICE OF SUBSTITUTION OF COUNSEL

PLEASE TAKE NOTICE that Michael C. Heyden, Esquire hereby enters his appearance on behalf of the defendant and Christopher Koste, Esquire hereby withdraws as counsel for the defendant in the above matter.

_____
Michael C. Heyden, Esquire
1201 King Street
Wilmington, DE 19801
(302) 654-0789
Id No: 2040

Dated: 5/9/07

_____
Christopher Koste, Esquire
First Federal Plaza, Ste. 119
Wilmington, DE 19801
Id No:

Dated: