UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) CASE NO. 07-65 GMS |
| **WILLIAM EDWARD ROE**, | ) ) ) |
| Defendant. | ) |

## O R D E R

The defendant, upon entering a plea of not guilty to the Indictment on MAY 17TH, 2007 requested, through counsel, additional time to file pretrial motions. The Court having considered the request, it is **ORDERED** that the deadline for the defendant to file pretrial motions is extended until *July 9, 2007*. The time between the date of this order and *July 9, 2007* shall be excludable under the Speedy Trial Act ( 18 U.S.C.3161,et seq.).

                                           Honorable Mary Pat Thynge
                                           U.S. Magistrate Judge

cc: Defense Counsel
    United States Attorney