IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-65-GMS |
| | ) | |
| WILLIAM EDWARD ROE, | ) | |
| | ) | |
| Defendant. | ) | |

## MOTION FOR SCHEDULING CONFERENCE

The United States of America, by and through its attorneys, Colm F. Connolly, United States

Attorney for the District of Delaware and Edmond Falgowski, Assistant United States Attorney for

the District of Delaware, moves that the Court order a scheduling conference.  In support of its

motion, the Government states the following:

1.    On May 17, 2007, the defendant pled not guilty to the charges pending against him; and

2.    No pretrial motions have been filed.

WHEREFORE, the United States requests that the Court order a scheduling conference and

exclude, in the interests of justice, the time between the filing of this motion and the date of the

scheduling conference.

COLM F. CONNOLLY
United States Attorney

By:

Edmond Falgowski
Assistant United States Attorney

Dated: 8-15-07

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,            )
                                     )
                Plaintiff,           )
                                     )
        v.                           )        Criminal Action No. 07-65-GMS
                                     )
WILLIAM EDWARD ROE,                  )
                                     )
                Defendant.           )

## **O R D E R**

WHEREAS, on May 17, 2007, Defendant pled not guilty to the charges pending against him;

WHEREAS, no pretrial motions have been filed; and

WHEREAS, the Government has filed a motion requesting a scheduling conference;

NOW THEREFORE, IT IS HEREBY ORDERED this _____ day of _____,

2007, that a Scheduling Conference will be held on _____, 2007, at _____,

in Chambers, 4th Floor, Boggs Federal Building, 844 N. King Street, Wilmington, Delaware.

Because this conference is intended for scheduling only, the appearance of Defendant is not required

by the Court.

IT IS FURTHER ORDERED that the date between the Government's motion and the date of

the Scheduling Conference shall be excluded under the Speedy Trial Act in the interests of justice.

18 U.S.C. § 3161(h)(8)(A).

_____
Honorable Gregory M. Sleet
Chief Judge, United States District Court

## CERTIFICATE OF SERVICE

UNITED STATES OF AMERICA    )
                                     )
             v.                 )        Criminal Action No. 07-65-GMS
                                     )
WILLIAM EDWARD ROE         )

I, Sharon L. Bernardo, an employee of the United States Attorney's Office, hereby certify that on August 15, 2007, I electronically filed the foregoing:

### MOTION FOR SCHEDULING CONFERENCE

with the Clerk of the Court using the CM/ECF and by causing two copies of said document to be placed in a postage prepaid envelope, placed in the United States Mail, addressed to counsel of record as follows:

        Michael C. Heyden, Esquire
        1201 King Street
        Wilmington, DE   19801

*Sharon L. Bernardo*