IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 07-65-GMS |
| | ) | |
| WILLIAM EDWARD ROE, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

WHEREAS, on May 17, 2007, Defendant pled not guilty to the charges pending against him;

WHEREAS, no pretrial motions have been filed; and

WHEREAS, the Government has filed a motion requesting a scheduling conference;

NOW THEREFORE, IT IS HEREBY ORDERED this 16th day of August, 2007, that a Scheduling Conference will be held on September 19, 2007, at 9:30 a.m. in Chambers, 4th Floor, Boggs Federal Building, 844 N. King Street, Wilmington, Delaware. Because this conference is intended for scheduling only, the appearance of Defendant is not required by the Court.

IT IS FURTHER ORDERED that the date between the Government's motion and the date of the Scheduling Conference shall be excluded under the Speedy Trial Act in the interests of justice. 18 U.S.C. § 3161(h)(8)(A).

Honorable Gregory M. Sleet
Chief Judge, United States District Court

FILED
AUG 16 2007
U.S. DISTRICT COURT
DISTRICT OF DELAWARE