IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : Criminal No. 07-65 GMS |
| | : |
| WILLIAM EDWARD ROE | : |

**NOTICE OF SCHEDULING**

IT IS HEREBY ORDERED that a further status/scheduling conference regarding the above-captioned defendant is scheduled, in chambers, for **Wednesday, October 3, 2007, at 9:30 a.m.** before the Honorable Gregory M. Sleet, Chief, United States District Judge.

/s/ Gregory M. Sleet
CHIEF, UNITED STATES DISTRICT JUDGE

September 20, 2007