IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| v. | ) | Criminal Action No. 07-65-GMS |
| WILLIAM EDWARD ROE, | ) | |
| Defendant. | ) | |

## MOTION AND ORDER TO DISMISS

NOW COMES the United States of America, by and through its attorneys, Colm F. Connolly, United States Attorney for the District of Delaware, and Edmond Falgowski, Assistant United States Attorney for the District of Delaware, and hereby moves this Honorable Court to dismiss Counts 1 through 9 and 11 through 22 of the Indictment as it relates to the defendant, pursuant to the Memorandum of Plea Agreement dated October 31, 2007.

COLM F. CONNOLLY
United States Attorney

By: _____
Edmond Falgowski
Assistant United States Attorney

Dated: January 29, 2008

IT IS SO ORDERED this 29th day of Jan., 2008.

_____
HONORABLE GREGORY M. SLEET
United States District Court