Judge Sleet,

CR 07-65 (GMS)

I would like to request an appeal and also want counsel appointed by the court as I no longer can afford a private attorney.

Thank you,

Edward William Roe

Edward W. Roe

**FILED**
**FEB - 8 2008**
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Rp. scanned

