07cr65GMS

31 Jan 08

Your Honor,

I, Edward William Fox, would like to request an appeal and also need counsel appointed by the court as I no longer can afford a private attorney. I am also very sorry for my actions in this matter.

Thank you,

Edward W. Fox

FILED
FEB - 8 2008
U.S. DISTRICT COURT
DISTRICT OF DELAWARE